UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN HURT, etc.,
    Plaintiff,

vs.                                    CASE NO. 8:08-CIV-734-T-17-MSS

J.T DESIGNS, INC.,
    Defendant.
_____/

## ORDER GRANTING MOTION FOR JUDGMENT

This cause is before the Court on the motion for entry of default final judgment (Docket No. 10). The Court has reviewed the motion and exhibits thereto and finds the motion well-taken. Accordingly, it is

**ORDERED** that the motion for entry of default final judgment (Docket No. 10) be **granted.** The Clerk of Court is directed to enter judgment in this case for the plaintiff and against the defendant as follows: $4,216.00 in unpaid overtime wages, inclusive of liquidated damages in an amount equal to unpaid overtime wages, attorney's fees in the amount of $1,199.00, and costs in the amount of $421.51, for a total of $5,836.51, and to close this case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of July, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE